AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

| UNITED STATES | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| RICHARD PIERRE-ANTOINE | Case Number: 05-816-MBB |

| PRESIDING JUDGE<br>BOWLER | PLAINTIFF'S ATTORNEY<br>Christopher Bator | DEFENDANT'S ATTORNEY<br>Elliot Weinstein |
|---|---|---|
| TRIAL DATE (S)<br>5/16/2005 | COURT REPORTER<br>Digital | COURTROOM DEPUTY<br>SACCOCCIO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 5/16/05 | | | SPECIAL AGENT JOSEPH GRANATINO, A.T.F., for the govt. |
| 1 | | 5/16/05 | X | X | AFFIDAVIT |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages